JAMES R. WOOD and another, *as Executors, Respondents, v.* VIOLA YATES MITCHAM and others, *Appellants.*— Judgment affirmed. Opinion by DANIELS, J.

WILLIAM A. LOTTIMER, *as Executor, etc., Appellant, v.* JANE C. BLUMENTHAL, *Respondent,* and others *Appellants.*— Judgment affirmed, with costs to all parties out of the fund. Opinion by DAVIS, P. J.

WILLIAM M. KINGSLAND, *Respondent, v.* SARAH P. T. BORST, *Appellant, Impleaded,* with others.— Judgment affirmed, with costs. Opinion by DAVIS, P. J.

GEORGE S. GOODALE, *as Receiver, etc., Appellant, v.* THE CENTRAL NATIONAL BANK OF THE CITY OF NEW YORK, *Respondent.*— Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by BARDY, J.

CHARLES WHITE and MICHAEL McEVOY, *Respondents, v.* J. BRANDER MATTHEWS, *Appellant.* — Judgment reversed, new trial ordered, with costs to abide the event unless plaintiffs, within twenty days, stipulate to reduce the judgment as indicated in opinion, in which case judgment affirmed without costs to either party. Opinion by DANIELS, J.

IN THE MATTER OF ANNIE FAIR. — Order affirmed. Opinion by BRADY, J.

LOUIS E. HOWARD and others, *Appellants, v.* JOSEPH PARK and others, *Respondents.*— Judgment reversed; judgment directed as as ordered in opinion. Opinion by DAVIS, P. J., and DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN SMITH *v.* CHARLES DONOHUE, *a Justice of the Supreme Court of the State of New York, Respondent.* — Judgment reversed, without costs. Opinion by DAVIS, P. J.

HARRIET E. WILLIS, *as Administratrix, etc., Appellant, v.* SARAH J. SMYTH and THE SEAMAN'S BANK FOR SAVINGS OF THE CITY OF NEW YORK, *Respondents.* — Judgment affirmed, with costs. Opinion by DAVIS, P. J.

KATE A. SPERRY, *Respondent, v.* GEORGE GARDNER, *Appellant.*— Judgment affirmed. Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JEANNE F. ISAACS, *Respondent, v.* SOLLOMON ISAACS, *Appellant.* — Order affirmed. Opinion by BRADY, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ISAAC EVANS, *Appellant, v.* THE BOARD OF COMMISSIONERS OF THE DEPARTMENT OF PUBLIC PARKS OF THE CITY OF NEW YORK, *Respondent.*

THE SAME *ex rel.* JOSEPH F. BELTON, *Appellant, v.* THE SAME, *Respondent.*— Orders affirmed. Opinion by DANIELS, J.

JOHN J. MARVIN, *Appellant, v.* JAMES J. BROOKS, *Respondent, Impleaded, etc.* — Judgment affirmed. Opinion by DANIELS, J.